THE PEOPLE *ex rel.* PAUL DeMARIO, Relator-Appellant, *v.* JOHN J. TWOMEY, Superintendent, Illinois State Penitentiary, Joliet, Illinois, Respondent-Appellee.

(No. 59664;

First District (5th Division)—March 14, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for appellee.